JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JANINE ANGEL et al., | Case № 2:21-cv-07333-ODW (PVCx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CINDY MARTEN et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, (ECF No. 286), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

///
///
///
///
///
///
///
///
///
///

1.   All Defendants in this action shall have **JUDGMENT** in their favor.

2.   All named Plaintiffs in this action shall recover nothing from Defendants.

3.   The individual claims asserted in Plaintiffs' Second Amended Complaint are **DISMISSED** on the merits and with prejudice.

4.   The class claims asserted in Plaintiffs' Second Amended Complaint are **DISMISSED** without prejudice.

This order shall constitute the **FINAL JUDGMENT** of the Court.  The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

June 16, 2022

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**